Craig C. Coburn (USB: 0688)
RICHARDS BRANDT MILLER NELSON
111 East Broadway, 4th Floor (84111)
P. O. Box 2465
Salt Lake City, UT   84110-2465
Telephone:    (801)531-2000
Facsimile:     (801)532-5506
craig-coburn@rbmn.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARCHITECTURAL NEXUS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KLING STUBBINS, INC., a Delaware corporation; and AMERICAN ARBITRATION ASSOCIATION, INC. a New York corporation,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>Civil No. 2:19-cv-00308-DB<br><br><br><br>Hon. Dee Benson |

Plaintiff, Architectural Nexus, Inc. ("Plaintiff"), and defendant Kling Stubbins, Inc., ("Defendant"), by and through their respective attorneys and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action without prejudice and state as follows:

1,    Plaintiff and Defendant hereby stipulate to a voluntary dismissal of this action without prejudice.

2.     Plaintiff and Defendant agree that each party shall bear its own costs and attorneys' fees in connection with this action.

WJEREFORE. The Parties respectfully request that this Court issue the proposed Order of Dismissal, attached as Exhibit "1" to this Stipulation.

DATED this 27th day of July, 2020.

RICHARDS BRANDT MILLER NELSON

 /s/   Craig C. Coburn
Craig C. Coburn
 *Attorneys for Architectural Nexus, Inc.*

DATED this 23rd day of July, 2020.

STRONG & HANNI

 /s/   Stanford P. Fitts (e-signed w-permission)
 *Attorneys for KlingStubbins, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 27th day of July, 2020, I caused a true and correct copy of the foregoing ***Stipulation of Voluntary Dismissal without Prejudice*** to be filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Stanford P. Fitts (4834) | ☐ U.S. Mail – Postage Prepaid |
| S. Spencer Brown (13157) | ☐ Overnight Mail |
| Jessica J. Johnston (14687) | ☐ Hand Delivery |
| STRONG & HANNI | ☐ Facsimile |
| 102 South 200 South, Suite 800 | ☑ Electronic Filing |
| Salt Lake City, Utah 841111 | |
| Telephone: (801) 532-7080 | |
| sfitts@strongandhanni.com | |
| sbrown@strongandhanni.com | |
| jjohnston@strongandhanni.com | |
| *Attorneys for Kling Stubbins, Inc.* | |

                                             /s/   Craig C. Coburn

G:\EDSI\DOCS\16502\0119\1AI6728.DOC