# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARCHITECTURAL NEXUS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KLING STUBBINS, INC., a Delaware corporation; and AMERICAN ARBITRATION ASSOCIATION, INC., a New York corporation,<br><br>Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br><br>Case No. 2:19-cv-00308-DB<br><br>Judge Dee Benson |

The Court having reviewed the *Stipulation of Voluntary Dismissal without Prejudice* (Dkt. No. 22), and being duly advised, IT IS HEREBY ORDERED THAT:

1. The above-captioned matter is DISMISSED WITHOUT PREJUDICE; and

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED.

DATED this 28th day of July, 2020.

DEE BENSON
U.S. District Judge